IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEREK D. DABNEY,<br><br>　　　　　　Defendant. | CASE NO. 4:02CR116<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the court on the Government's motion to continue the filing of its answer to defendant's § 2255 motion (Filing No. 141). The motion is granted.

　　　　IT IS ORDERED:

　　　　1.　That by April 19, 2006, the United States shall answer or otherwise respond to the defendant's § 2255 motion, and shall file an accompanying brief; and

　　　　2.　That by May 19, 2006, the defendant may file a reply brief.

　　　　DATED this 5th day of April, 2006.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/Joseph F. Bataillon
　　　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　　　United States District Judge