## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR116 |
| | ) | |
| v. | ) | |
| | ) | |
| **DEREK D. DABNEY,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to continue the deadline to reply to the government's answer to his § 2255 motion. (Filing No. 145). The motion is granted.

IT IS ORDERED:

1. That defendant's motion to continue (Filing No. 145) is granted; and

2. That defendant may have until June 19, 2006 to file his reply brief responding to the government's answer to his § 2255 motion.

DATED this 24th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge